IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALVIN T. ADDERLEY,

      Appellant,

 v.                                        Case No.  5D16-4439

STATE OF FLORIDA,

      Appellee.
_____/

Opinion filed June 2, 2017

3.850 Appeal from the Circuit Court
for Brevard County,
James H. Earp, Judge.

Alvin T. Adderley, Perry, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Robin A. Compton and
Andrea Totten, Assistant Attorney
Generals, Daytona Beach, for Appellee.


PER CURIAM.

      Appellant, Alvin T. Adderley, appeals the trial court's order denying his Motion for

Postconviction Relief filed pursuant to Florida Rule of Criminal Procedure 3.850.

Appellant argues that the trial judge had previously disqualified himself from the

underlying case and thus erred in ruling on Appellant's motion.  We agree.  Therefore, we

vacate the order under review and remand this case to the trial court so a successor judge

can rule on the motion.  We note that the State concedes that the order under review "is void and a nullity."

VACATED and REMANDED.

COHEN, C.J., SAWAYA and WALLIS, JJ., concur.